AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-925-AJT-IDD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* THS Group, LLC d/b/a Total Home Protection c/o Corporation Service Company was received by me on *(date)* Aug 17, 2020, 2:08 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Doreen Haeselin , who is designated by law to accept service of process on behalf of *(name of organization)* THS Group, LLC d/b/a Total Home Protection c/o Corporation Service Company on *(date)* Fri, Aug 21 2020 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 08/24/2020

*Server's signature*

Sharon McCabe-Villa

*Printed name and title*

PO Box 131, Lakewood, NJ 08701

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Aug 21, 2020, 11:24 am EDT at 100 Charles Ewing Blvd Suite 160, Trenton, NJ 08628 received by Doreen Haeselin . Age: 65; Ethnicity: Caucasian; Gender: Female; Weight: 140; Height: 5'4"; Hair: Brown; Eyes: Hazel; Relationship: Registered Agent/Managing Agent At RA Office ;