# EXHIBIT A



| Id | Created At | IP Address | First_Name | Last_Name | Phone_Number | Email | Address | City | State | Zip | Lead Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 549397 | 2020-05-09 18:51:25 | 108.18.153.198 | Tricia | Campo | (916) 752 - 1788 | jerzanne@me.com | 835 Edpas Rd | New Brunswick | NJ | 08901 | home-warranty |
| 549541 | 2020-05-09 23:23:21 | 108.18.153.198 | Tricia | Campo | (916) 752 - 1788 | jerzanne@me.com | 835 Edpas Rd | New Brunswick | NJ | 08901 | home-warranty |