UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TRICIA CAMPO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THS GROUP, LLC, d/b/a TOTAL HOME PROTECTION,<br><br>Defendant. | Civil Case No. 1:20-cv-00925-AJT-IDD |

**DEFENDANT'S MOTION TO DISMISS PURSUANT TO 12(B)(1) AND 12(B)(6) AND MOTION TO STAY PENDING THE SUPREME COURT'S FORTHCOMING DECISION IN FACEBOOK, INC. V. DUGUID, NO. 19-511.**

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7, Defendant THS GROUP, LLC hereby waives oral argument with respect to its Motion to Dismiss [Dkt. 14] and submits the matter on the record and the briefs.

Dated: November 16, 2020

Respectfully submitted,

　　　/s/　Jay McDannell　　　
Lee. E. Berlik (VSB #39609)
Jay M. McDannell, Of Counsel (VSB #45630)
BERLIKLAW, LLC
1818 Library Street, Suite 500
Reston, Virginia 20190
Tel: (703) 722-0588
LBerlik@berliklaw.com
JMcDannell@berliklaw.com
*Counsel for Defendant*

Joshua Thomas, Esq. *(Admitted PHV)*
225 Wilmington-West Chester Pike
Suite 200

Chadds Ford, PA 19317
Tel: (215) 806-1733
JoshuaLThomas@gmail.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that today, November 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send a notification of such filing (NEF) to the following:

>Francis J. Driscoll, Jr.
>frank@driscolllawoffice.com
>4669 South Blvd., Suite 107
>Virginia Beach, VA 23452
>
>Patrick H. Peluso
>ppeluso@woodrowpeluso.com
>Woodrow & Peluso, LLC
>3900 East Mexico Ave., Suite 300
>Denver, CO 80210
>*Counsel for Plaintiff*

              /s/   Jay McDannell