IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRICIA CAMPO,<br>*individually and on behalf of all others*<br>*similarly situated,*<br><br>    Plaintiff,<br><br>v.<br><br>THS GROUP, LLC,<br>*d/b/a* Total Home Protection,<br>*a Pennsylvania limited liability company,*<br><br>    Defendant. | Civil Action No. 1:20-cv-00925 (AJT/IDD) |

Pending before the Court is Plaintiff's Motion for Leave to File Surreply to Defendant's Reply Filed November 30, 2020 [Doc. No. 23] (the "Motion"). Defendant has not filed an opposition to the Motion. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that Plaintiff's Motion [Doc. No. 23] be, and the same hereby is, GRANTED and Plaintiff is directed to file the Surreply, attached as Exhibit A to the Motion, as a separate docket entry.

The Clerk is directed to forward copies of this Order to all counsel of record.

Alexandria, Virginia
January 13, 2021

Anthony J. Trenga
United States District Judge