IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TRICIA CAMPO, individually and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>THS GROUP, LLC, d/b/a Total Home Protection,<br>    Defendant. | :<br>:<br>:<br>:<br>:  Docket No. 1:20-cv-00925 (AJT/IDD)<br>:<br>:<br>:<br>:  |

### RENEWED STIPULATION TO REVISE SCHEDULING ORDER

Plaintiff Tricia Campo ("Plaintiff" or "Campo") and Defendant THS Group, LLC ("Defendant" or "THS"), through their counsel, stipulate as follows:

Plaintiff and Defendant filed a Stipulation to Revise Scheduling Order on January 21, 2021. (Dkt. 26.) On March 5, 2021, the Court denied the stipulation without prejudice. (Dkt. 29.) The Court's Order stated that the requests regarding a class certification briefing schedule would be addressed in a separate order by the District Judge. (*See* Dkt. 26.)

The Parties now renew their request for an extension of the discovery deadline to May 12, 2021. The additional time will permit the Parties sufficient time to complete discovery and brief class certification on a fulsome record.

The proposed extension is made for good cause and is not sought for an improper purpose. Plaintiff served discovery requests on December 2, 2020, nine (9) days after the Rule 16(b) Scheduling Order was entered. Defendant responded to the discovery requests on January 28, 2021. Just days later, on February 1, 2021, Plaintiff sent Defendant a discovery dispute letter, which Defendant responded to on February 8, 2021. Unable to resolve the dispute informally,

Plaintiff moved to compel on February 17, 2021. (Dkt. 27.) The hearing on the motion to compel is scheduled for March 12, 2021.

Thus, the need for additional time to complete discovery is not due to lack of diligence. The additional time will permit the Court to resolve the discovery dispute and allow the parties to gather the necessary written discovery they require, and also to schedule and take depositions after the appropriate documents have been produced.

Respectfully submitted this 5th day of March, 2021.

/s/ Francis J. Driscoll, Jr.
Francis J. Driscoll, Jr.
(frank@driscolllawoffice.com)
Law Office of Frank J. Driscoll Jr. PLLC
4669 South Blvd., Suite 107
Virginia Beach, VA 23452
Telephone: 757-321-0054
Facsimile: 757-321-4020

Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Classes
* Pro Hac Vice

Joshua L. Thomas, Esq.
Joshua L. Thomas, Esq.*
Law Offices of Joshua L. Thomas, PLLC
225 Wilmington-West Chester Pike
Suite 200
Chadds Ford, PA 19317
Phone:215-806-1733
Fax: 888-314-8910
E-mail: JoshuaLThomas@gmail.com
* Pro Hac Vice
Attorney for Defendant