Date: 3/12/021                      Judge: Ivan D. Davis

                                                      Recording: FTR

Start: 10:00 a.m.
Finish: 10:40 a.m.

Civil Action Number: 1:20-cv-925

Tricia Campo

vs.

THS Group, LLC

Appearances of Counsel via Zoom for (x) Pltf (x) Deft

Motion to/for argued and:

[27] Motion to Compel – GRANTED.

Order to follow.