IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRICIA CAMPO, *individually and on behalf of all others similarly situated,* | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 1:20-cv-00925 (AJT/IDD) ) |
| THS GROUP, LLC, *d/b/a* Total Home Protection, *a Pennsylvania limited liability company,* | ) ) ) ) |
| Defendant. | ) ) |

## **ORDER**

Pending before the Court is the parties' Renewed Stipulation to Revise Scheduling Order [Doc. No. 30] (the "Stipulation"). Upon consideration of the Stipulation, and for good cause shown, it is hereby

ORDERED that the Final Pretrial Conference, currently scheduled for Thursday, March 18, 20201, be, and the same hereby is, CANCELLED, to be rescheduled by further order of the Court; and it is further

ORDERED that a status conference be, and the same hereby is, SCHEDULED for Wednesday, March 24, 2021, at 10:00 a.m., to be held by Zoom, with further access and scheduling instructions to follow separately.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
March 12, 2021