IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRICIA CAMPO, *individually and on behalf of all others similarly situated,* <br><br> Plaintiff, <br><br> v. <br><br> THS GROUP, LLC, *d/b/a* Total Home Protection, *a Pennsylvania limited liability company,* <br><br> Defendant. | Civil Action No. 1:20-cv-00925 (AJT/IDD) |

Pending before the Court are Defendant's Motion to Dismiss Pursuant to 12(b)(1) and 12(b)(6) and Motion to Stay Pending the Supreme Court's Forthcoming Decision in *Facebook, Inc. v. Duguid*, No. 19-511 [Doc. No. 14] and the parties' Stipulation to Revise Scheduling Order [Doc. No. 26] (together, the "Motions"). Upon consideration of the Motions, the materials filed in support thereof and in opposition thereto, and the representations of counsel for the parties at the status conference held on March 24, 2021, it is hereby

ORDERED that Defendant's Motion to Dismiss Pursuant to 12(b)(1) and 12(b)(6) and Motion to Stay Pending the Supreme Court's Forthcoming Decision in *Facebook, Inc. v. Duguid*, No. 19-511 [Doc. No. 14] be, and the same hereby is, GRANTED in part and DENIED in part; the Motion is GRANTED to the extent that this matter be, and the same hereby is, STAYED pending the decision of the Supreme Court of the United States in *Facebook, Inc. v. Duguid*, No. 19-511, and the Motion to Dismiss be, and the same hereby is, HELD IN ABEYANCE pending that decision; and it is further

ORDERED that the request in the parties' Stipulation to Revise Scheduling Order [Doc. No. 26] be, and the same hereby is, GRANTED to the extent that the parties' proposed briefing schedule for class certification be, and the same hereby is, approved and the deadlines are as follows: Plaintiff shall file her Motion for Class Certification by June 11, 2021; Defendant shall file its response to the Motion for Class Certification by July 2, 2021; and Plaintiff shall file her Reply to Motion for Class Certification by July 16, 2021.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
March 24, 2021