UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TRICIA CAMPO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THS GROUP, LLC, d/b/a TOTAL HOME PROTECTION,<br><br>Defendant. | Civil Case No. 1:20-cv-00925-AJT-IDD |

## **ORDER GRANTING MOTION TO WITHDRAW**

THIS MATTER having come before this Court on Joshua Thomas' Motion to Withdraw as Counsel for Defendant THS GROUP, LLC, and for good cause shown, the Motion is GRANTED.

IT IS SO ORDERED this 26th day of March 2021.

         /s/ Ivan D. Davis
         JUDGE