IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRICIA CAMPO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THS GROUP, LLC, d/b/a TOTAL HOME PROTECTION, a Pennsylvania limited liability company,<br><br>Defendant. | Case No. 1:20-cv-00925-AJT-IDD<br><br>The Hon. Anthony J. Trenga<br><br>JURY TRIAL DEMANDED |

NOTICE OF SETTLEMENT

Plaintiff hereby provides notice that the Parties have reached a settlement in this case and states as follows:

1. Plaintiff filed the instant case alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA"). (*See* Dkt. 1.)

2. Plaintiff and Defendant have engaged in settlement discussions and have reached an agreement to resolve the individual claims brought by Plaintiff. The claims of any putative, unidentified class members will be dismissed without prejudice while Plaintiff's claims will be dismissed with prejudice.

The Parties are presently working to finalize a settlement agreement and believe a Stipulation of Dismissal will be filed within thirty (30) days.

Respectfully submitted,

1

Dated: April 7, 2021

**TRICIA CAMPO**, individually and on behalf of all others similarly situated,

By: /s/ Francis J. Driscoll, Jr.
One of Plaintiff's Attorneys

Francis J. Driscoll, Jr.
(frank@driscolllawoffice.com)
4669 South Blvd., Suite 107
Virginia Beach, VA 23452
Telephone: 757-321-0054
Facsimile: 757-321-4020

Patrick H. Peluso
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Class