IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRICIA CAMPO, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THS GROUP, LLC, d/b/a TOTAL HOME PROTECTION, a Pennsylvania limited liability company,<br><br>　　　　Defendant. | Case No. 1:20-cv-00925-AJT-IDD<br><br>The Hon. Anthony J. Trenga<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff dismisses this lawsuit against Defendant with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of any putative, unidentified class members.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) Voluntary Dismissal.

**(1) By the Plaintiff.**

(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

　(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

　(ii) a stipulation of dismissal signed by all parties who have appeared.

(B) *Effect.* Unless the notice or stipulation states otherwise, the dismissal is

SO Ordered

*/s/ Anthony J. Trenga*　04/29/2021
Anthony J. Trenga
United States District Judge

1

without prejudice. But if the plaintiff previously dismissed any federal or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

In this case, Defendant has neither answered Plaintiff's Complaint nor served a motion for summary judgment. In addition, no class has been certified in this matter so Rule 23's exceptions do not apply. Likewise, this case does not involve any Receiver so as to implicate Rule 66.

Accordingly, Plaintiff hereby dismisses these proceedings in accordance with Rule 41(a)(1)(i) with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of any putative, unidentified class members.

Respectfully submitted,

Dated: April 28, 2021

**TRICIA CAMPO**, individually and on behalf of all others similarly situated,

By: /s/ Francis J. Driscoll, Jr.
   One of Plaintiff's Attorneys

Francis J. Driscoll, Jr.
(frank@driscolllawoffice.com)
4669 South Blvd., Suite 107
Virginia Beach, VA 23452
Telephone: 757-321-0054
Facsimile: 757-321-4020

Patrick H. Peluso
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Class

2